UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GUMARO SAUCEDO,

                          Plaintiff,

    v.

PLUSFOUR, INC., et al.

                       Defendants.

Case No. 2:16-cv-00826-APG-PAL

ORDER

      Before the court is the Notice of Settlement between Plaintiff and Allied Collection Service (Dkt. #6) filed May 2, 2016.   The notice requests 60 days to submit settlement documents.

      **IT IS ORDERED** that that Plaintiff and Defendant Allied Collection Service shall have until **July 1, 2016,** to either file a stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed.

      DATED this 9th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE