1
2
3
4                          UNITED STATES DISTRICT COURT
5                                DISTRICT OF NEVADA
6                                       * * *
7  GUMARO SAUCEDO,                                Case No. 2:16-cv-00826-JCM-PAL
8                              Plaintiff,                        ORDER
9       v.
   PLUSFOUR, INC., et al.
10
                             Defendants.
11

12        Before the court is the Notice of Settlement Between Plaintiff and Defendant Equifax

13 Information Services, LLC (Dkt. #10).  The parties advise that a settlement has been reached and

14 that a stipulation to dismiss should be filed within 60 days.  Accordingly,

15        **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services shall have

16 until **July 12, 2016,** to file a stipulation to dismiss, or a joint status report advising when the

17 stipulation to dismiss will be filed.

18        DATED this 16th day of May, 2016.

19

20                                                _____
21                                                PEGGY A. LEEN
                                                  UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

                                             1