**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GUMARO SAUCEDO, | Case No. 2:16-cv-00826-APG-PAL |
| Plaintiff, | |
| v. | **ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |
| PLUSFOUR, INC., *et al.*, | |
| Defendant. | |

In light of the notice of settlement (ECF No. 25),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant America's Servicing Co. are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant America's Servicing Co. on or before September 26, 2016.

DATED this 4th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE