Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
   kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUMARO SAUCEDO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC., ALLIED COLLECTION SERVICES, INC., AMERICA'S SERVICING COMPANY, LLC, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00826-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Plaintiff Gumaro Saucedo ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company, LLC ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to dismiss Wells Fargo, with prejudice, as follows:

　　　1.　　Defendant Wells Fargo shall be dismissed from this case, with prejudice;

　　　2.　　Those parties shall bear their own attorneys' fees and costs associated with this action.

/ / /

3. The clerk can remove counsel for Wells Fargo Bank, N.A. from all CM/ECF notifications.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED September 22, 2016. | DATED September 22, 2016. |
| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
| By: /s/ David Krieger<br>David Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br>Tel: (702) 880-5554 | By: /s/ Karl O. Riley<br>Jeffrey Willis, Esq.<br>Nevada Bar No. 4797<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: (702) 784-5200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company, LLC* |

**ORDER**

IT IS ORDERED THAT Defendant Wells Fargo Bank, N.A. is dismissed from this action, with prejudice, each party to bear their own fees and costs.

IT IS FURTHER ORDERED THAT the clerk of Court can remove counsel for Wells Fargo Bank, N.A. from all CM/ECF notifications.

Dated: September 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

24894410